UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY MORABITO,

                    Plaintiff,

    v.

WESTCHESTER COUNTY, *et al.*,

                  Defendants.

No. 22-CV-6853 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      Plaintiff Jeffrey Morabito brings this Action against Defendants Westchester County, Sergeant Price, Westchester County Department of Corrections, and Well Path/Correct Care Solutions (together, "Defendants"). (*See* Am. Compl. (Dkt. No. 45).)

      On October 12, 2023, Plaintiff filed his Amended Complaint. (*See* Am. Compl.) Accordingly, Defendants' Motions to Dismiss Plaintiff's Complaint are denied without prejudice as moot. (*See* Nots. of Mot. (Dkt. Nos. 33, 37).) Defendants are directed to file their answers or to submit new pre-motion letters by no later than November 2, 2023.

      The Clerk of Court is respectfully directed to terminate the pending Motions, (Dkt. Nos. 33, 37), and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    October 16, 2023
           White Plains, New York

                                  KENNETH M. KARAS
                         United States District Judge