UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY MORABITO,

                      Plaintiff,

    v.

WESTCHESTER COUNTY, *et al.*,

                      Defendants.

No. 22-CV-6853 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      With the Court's permission, (*see* Dkt. No. 66), Plaintiff filed his Second Amended Complaint on March 20, 2024, (*see* Second Am. Compl. (Dkt. No. 67)). Accordingly, Defendants' Motions To Dismiss Plaintiff's First Amended Complaint are denied without prejudice as moot. (*See* Dkt. Nos. 53, 57.)

      The Clerk of Court is respectfully directed to terminate the pending Motions, (Dkt. Nos. 53, 57), and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:  April 3, 2024
           White Plains, New York

                                              KENNETH M. KARAS
                                              United States District Judge