UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY MORABITO,

                Plaintiff,

        v.

WESTCHESTER COUNTY; WELLPATH LLC;
GEORGE LATIMER; JOSEPH SPANO;
SERGEANT PRICE; RAUL ULLOA;
MICHAEL KUNZ; ERIC PAOLILLI; SARA
GEORGE; EDITH ONUA; ZOETH STONE-
EDWARDS,

                Defendants.

No. 22-CV-6853 (KMK)

*VALENTIN* ORDER

KENNETH M. KARAS, United States District Judge:

    Plaintiff Jeffrey Morabito ("Plaintiff") brings this Action pro se under 42 U.S.C. § 1983, Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131, et seq., and § 504 of the Rehabilitation Act of 1973, alleging that Defendants violated his rights and the law when they provided inadequate medical treatment of his opioid withdrawal symptoms. (*See generally* Second Amended Complaint (Dkt. No. 67).) By Order dated August 12, 2022, Chief Judge Swain granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. (Order (Dkt. No. 4).)

    Under *Valentin v. Dinkins*, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Second Amended Complaint, Plaintiff added the following Defendants: George Latimer, Joseph Spano, Raul Ulloa, Michael Kunz, Eric Paolilli, Sara George, Edith Onua, and Zoeth Stone-Edwards.

    Plaintiff supplies sufficient information in the Second Amended Complaint to permit counsel for Defendants Westchester County and Wellpath LLC—who have appeared in this Action—to provide the service addresses for Defendants Latimer, Spano, Ulloa, Kunz, Paolilli,

George, Onua, and Stone-Edwards.  It is therefore ordered that counsel for Defendants Westchester County and Wellpath LLC must ascertain the address(es) where those Defendants may be served.  Counsel must provide this information to Plaintiff and the Court within 30 days of the date of this Order.

The Court respectfully directs the Clerk of Court to mail a copy of this Order to Plaintiff. SO ORDERED.

Dated:   April 25, 2024
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge