

**George Latimer**
**County Executive**

**Office of the County Attorney**

**John M. Nonna**
**County Attorney**

October 18, 2024

<u>VIA ECF</u>
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Charles L. Brieant Jr. U.S. Courthouse
300 Quarropas Street
White Plains, N.Y.  10601

Re:  <u>Morabito v. Westchester County, et al., 22-cv-6853 (KMK)</u>

Dear Judge Karas:

      This office represents Defendants Westchester County, George Latimer, Joseph Spano and Sergeant Dawn Price. We write jointly with counsel for Defendants Wellpath L.L.C., Raul Ulloa, Michael Kunz, Eric Paolilli, Zoeth Stone Edwards, Sara George, and Edith Onua. Pursuant to your Order dated October 17, 2024, the deadline for Defendants to file their motions to dismiss Plaintiff's Second Amended Complaint is November 19, 2024.  Plaintiff's opposition papers are due December 19, 2024, and Defendant's replies are due January 6, 2025.

      As I will be out of the country during year's end, returning to the office January 6, 2025, I respectfully request a one-week extension to file the County Defendants' reply papers.  Counsel for the Wellpath Defendants joins in my request so that the deadlines remain the same for all Defendants.  If granted, the new reply deadline for all Defendants will be January 13, 2025.

      I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

Respectfully submitted,

/s/ Loren Zeitler

Loren Zeitler
Associate County Attorney

cc: Jeffrey Morabito
41 Barker Ave
Apt 10E
White Plains, NY 10601

All Counsel of Record (via ECF)

Granted. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

10/18/24

2