# CRAVATH

Tina Seideman
tseideman@cravath.com
T+1-212-474-1720
New York

October 9, 2025

**Via CM/ECF**

Re: Unopposed Letter-Motion for Briefing Extension in *Jeffrey Morabito v. Westchester County, et al.*, 7:22-cv-06853-KMK (S.D.N.Y.)

Your Honor:

    I represent plaintiff Jeffrey Morabito, *pro bono*, in connection with his forthcoming opposition to Defendants' motions to dismiss the second amended complaint, Dkt. 67.

    Pursuant to your Order dated August 13, 2025, Dkt. 108, Defendants filed their motions to dismiss on September 12, 2025. The deadline for Mr. Morabito to file his opposition to Defendants' motions to dismiss is October 12, 2025. Defendants' replies are due October 26, 2025.

    As Mr. Morabito's case presents a variety of complex legal issues, including a connection with Defendant Wellpath, LLC's bankruptcy, I respectfully request, with Defendants' consent, that the schedule for filing Mr. Morabito's opposition and Defendants' reply briefs be extended as follows:

| Plaintiff's Opposition | November 12, 2025 |
| --- | --- |
| Defendants' Replies | December 12, 2025 |

Mr. Morabito has not previously requested an extension for this opposition. As noted above, counsel for all Defendants have agreed to this extension.

    I thank you in advance for your time and consideration of this matter.

Granted.

So Ordered
10/9/25

Respectfully submitted,

*/s/ Christina A. Seideman*
Christina A. Seideman

---

| NEW YORK | LONDON | WASHINGTON, D.C. | CRAVATH, SWAINE & MOORE LLP |
| --- | --- | --- | --- |
| Two Manhattan West | CityPoint | 1601 K Street NW | |
| 375 Ninth Avenue | One Ropemaker Street | Washington, D.C. 20006-1682 | |
| New York, NY 10001 | London EC2Y 9HR | T+1-202-869-7700 | |
| T+1-212-474-1000 | T+44-20-7453-1000 | F+1-202-869-7600 | |
| F+1-212-474-3700 | F+44-20-7860-1150 | | |