UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY MORABITO,

*Plaintiff*,

v.

WESTCHESTER COUNTY, et al.,

*Defendants*.

No. 22-CV-6853 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Because the Court granted in part and denied in part the Wellpath Defendants' Motion to Dismiss, which dismissed certain claims without prejudice, Plaintiff may file an amended complaint alleging additional facts and otherwise addressing the deficiencies identified in the Order & Opinion issued on September 30, 2026. (*See* Dkt. No. 125.) If Plaintiff wishes to file an amended complaint, Plaintiff must do so within thirty days of the date of this Order. *See Tyson v. Town of Ramapo*, No. 17-CV-4990, 2019 WL 1331913, at *19 (S.D.N.Y. Mar. 25, 2019) ("The Court will afford Plaintiff an opportunity to amend if, after reviewing this Order and Opinion and the law therein, he still believes that he can plausibly state claims against Defendants." (alteration adopted) (citation omitted)). **There will be no extensions.**

Plaintiff is further advised that an amended complaint will completely replace, not supplement, the Complaint. Any amended complaint must therefore contain all of the claims, defendants, and factual allegations that Plaintiff wishes the Court to consider. If Plaintiff fails to timely file an amended complaint, the claims dismissed without prejudice in the underlying Order may be dismissed with prejudice. The Clerk is respectfully directed to mail this Order to Plaintiff.

SO ORDERED.

DATED: October 13, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE